## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cynthia Muse

              <u>Debtor</u>

CHAPTER 13

BKY. NO. 19-16129 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

           Respectfully submitted,
           **/s/ Rebecca A. Solarz, Esq**
           Rebecca A Solarz, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322