United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia Muse  
      Debtor

Case No. 19-16129-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Oct 29, 2019  
                     Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db          +Cynthia Muse,   3725 N. 15th Street,   Philadelphia, PA 19140-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Oct 30 2019 03:32:22   City of Philadelphia,  
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
               Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 30 2019 03:32:10  
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
               Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 30 2019 03:32:18   U.S. Attorney Office,  
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                                                      TOTAL: 3

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:  
           JOHN L. MCCLAIN    on behalf of Debtor Cynthia  Muse aaamcclain@aol.com,    edpabankcourt@aol.com  
           REBECCA ANN SOLARZ    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| CYNTHIA MUSE, | : | |
| Debtor | : | Bky. No.  19-16129 ELF |

## O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: October 29, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE