# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-16129-ELF

    CYNTHIA  MUSE

    3725 N. 15TH STREET

    PHILADELPHIA, PA 19140-

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CYNTHIA  MUSE

    3725 N. 15TH STREET

    PHILADELPHIA, PA 19140-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                        /S/ William C. Miller

Date: 3/9/2020

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee