# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia Muse<br>      Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>      Movant<br>  vs.<br><br>Cynthia Muse<br>      Debtor(s)<br><br>William C. Miller Esq.<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-16129 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **December 9, 2019, docket number 22**.

               Respectfully submitted,

             By: **/s/ Rebecca A. Solarz, Esquire**
               Rebecca A. Solarz, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322
               Attorney for Movant/Applicant

May 20, 2020