**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                           : Chapter 13
    Muse, Cynthia
        Debtor                              : 19-16129

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Philadelphia School District**
**440 N. Broad Street**
**Philadelphia, PA 19130**

Re:   **Muse, Cynthia**
SSN:  xxx-xx-8316

    The future earnings of the above named debtor Muse, Cynthia, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$525.00 for 9 months (started back on October 1, 2019), and then as of this July 1, 2020, the payment shall increase to $825 per month for a period of 51 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$525.00 for 9 months (started back on October 1, 2019), and then as of this July 1, 2020, the payment shall increase to $825 per month for a period of 51 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:_____    Date: 6/15/20
                           JUDGE

Philadelphia School District
440 N. Broad Street
Philadelphia, PA 19130

Muse, Cynthia