United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-16129-elf
Cynthia Muse                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey         Page 1 of 1           Date Rcvd: Jun 15, 2020
                          Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db        +Cynthia Muse,   3725 N. 15th Street,   Philadelphia, PA 19140-3601
          +Philadelphia School District,   440 N. Broad Street,   Philadelphia, PA 19130-4090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
     JOHN L. MCCLAIN    on behalf of Debtor Cynthia  Muse aaamcclain@aol.com, edpabankcourt@aol.com
     REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                       TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         : Chapter 13
    Muse, Cynthia
    Debtor                     : 19-16129

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Philadelphia School District**
**440 N. Broad Street**
**Philadelphia, PA 19130**

Re:    **Muse, Cynthia**
SSN: xxx-xx-8316

    The future earnings of the above named debtor Muse, Cynthia, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$525.00 for 9 months (started back on October 1, 2019), and then as of this July 1, 2020, the payment shall increase to $825 per month for a period of 51 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$525.00 for 9 months (started back on October 1, 2019), and then as of this July 1, 2020, the payment shall increase to $825 per month for a period of 51 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT: _____      Date: 6/15/20
                               JUDGE

Philadelphia School District
440 N. Broad Street
Philadelphia, PA 19130

Muse, Cynthia