**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
   Muse, Cynthia

        Debtor                                            :  19-16129

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __4th__ day of __August__, 2020, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of **$6,200.00** and **$6.80** in expenses are **ALLOWED,** and the Trustee shall pay the allowed amounts, **less $750.00** already paid, as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Eric L. Frank
U.S. BANKRUPTCY JUDGE