United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cynthia Muse  
      Debtor

Case No. 19-16129-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR    Page 1 of 1    Date Rcvd: Aug 05, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.  
db        +Cynthia Muse,   3725 N. 15th Street,   Philadelphia, PA 19140-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:  
       JOHN L. MCCLAIN    on behalf of Debtor Cynthia  Muse aaamcclain@aol.com, edpabankcourt@aol.com  
       REBECCA ANN SOLARZ    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                        TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                    **: Chapter 13**
   Muse, Cynthia

           **Debtor**                          **: 19-16129**

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __4th__ day of __August__, 2020, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of **$6,200.00** and **$6.80** in expenses are **ALLOWED,** and the Trustee shall pay the allowed amounts, **less $750.00** already paid, as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Eric L. Frank
U.S. BANKRUPTCY JUDGE