# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16129-ELF

CYNTHIA  MUSE

3725 N. 15TH STREET

PHILADELPHIA, PA 19140-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CYNTHIA  MUSE

  3725 N. 15TH STREET

  PHILADELPHIA, PA 19140-

Counsel for debtor(s), by electronic notice only.

  JOHN L. MCCLAIN, ESQ.
  JOHN L MCCLAIN AND ASSOCIATES
  PO BOX 123
  NARBERTH, PA 19072-

Date: 10/12/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee