**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cynthia Muse                                              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-16129 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
09 Jul 2024, 11:49:39, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322