Certificate Number: 03088-PAE-DE-039008453

Bankruptcy Case Number: 19-16129



03088-PAE-DE-039008453

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2024, at 1:29 o'clock PM CDT, Cynthia Muse completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 28, 2024          By:    /s/Doug Tonne

                                 Name:  Doug Tonne

                                 Title: Counselor