United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                               Case No. 19-16129-pmm
Cynthia Muse                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 2
Date Rcvd: Apr 22, 2025                           Form ID: 138OBJ                                Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Muse, 3725 N. 15th Street, Philadelphia, PA 19140-3601 |
| 14905648 | + | M & T Bank, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14402627 | + | M&T Bank, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2025 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14397207 | + | Email/Text: jvalencia@amhfcu.org | Apr 23 2025 01:48:00 | American Heritage FCU, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14454224 | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14484732 | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14397208 | + | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | CITY OF PHILADELPHIA WATER REVENUE BUREA, 1401 JOHN F KENNEDY BLVD 5TH FL, PHILADELPHIA PA 19102-1617 |
| 14397210 | ^ | MEBN | Apr 23 2025 01:44:10 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14397211 | + | Email/Text: camanagement@mtb.com | Apr 23 2025 01:47:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14433677 | | Email/Text: camanagement@mtb.com | Apr 23 2025 01:47:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14401832 | ^ | MEBN | Apr 23 2025 01:44:10 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14397212 | ^ | MEBN | Apr 23 2025 01:44:09 | Novad Management Counsulting, LLC, 2401 N.W. 23rd Street, STE 1A1, Oklahoma City, OK 73107-2448, ATTN: Anabel Casas, BK Specialist |
| 14397213 | + | Email/Text: bankruptcy@philapark.org | Apr 23 2025 01:48:00 | Philadelphia Parking Authority, 701 Market St., |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 18 |

| Recip ID | | Delivery | Date/Time | Address |
|---|---|---|---|---|
| | | | | Ste 5400, Philadelphia, PA 19106-2895 |
| 14397215 | + | Email/Text: jaxbanko@td.com | Apr 23 2025 01:47:00 | Td Auto Fin, Po Box 9223, Farmington, MI 48333-9223 |
| 14397216 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 23 2025 01:57:52 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, BD 20410-0002 |
| 14399838 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 23 2025 01:57:52 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14905006 | *+ | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14397209 | ##+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14397214 | ##+ | Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Defendant United States Department of Housing and Urban Developement anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| JACQUELINE C. ROMERO | on behalf of Defendant United States Department of Housing and Urban Developement Jacqueline.Romero@usdoj.gov beth.fuhrhop@usdoj.gov;ECF@usdoj.gov |
| JOHN L. MCCLAIN | on behalf of Debtor Cynthia Muse aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Plaintiff Cynthia Muse aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 85 – 76

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Cynthia Muse  )  Case No. 19−16129−pmm
    )
    )
    Debtor(s).  )  Chapter: 13
    )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 22, 2025

For The Court

Timothy B. McGrath
Clerk of Court